■ In the Matter of WALTER M. ORMSBY et al., Appellants, v. EVERETT McNAB et al., as Commissioners of the Board of Elections of Suffolk County, and OTIS G. PIKE, Respondents. In the Matter of ELISHA T. BARRETT et al., Appellants, v. EVERETT McNAB et al., as Commissioners of Election of Suffolk County, and FLOYD SARISOHN, Respondents. In the Matter of PERRY B. DURYEA, JR.,

et al., Appellants, v. EVERETT McNAB et al., as Commissioners of Election of Suffolk County, and AUGUST B. STOUT, JR., Respondents. In the Matter of PRESCOTT B. HUNTINGTON et al., Appellants, v. EVERETT McNAB et al., as Commissioners of Election of Suffolk County, and WILLIAM E. STOCHL, JR., Respondents. In the Matter of JOHN G. McCARTHY et al., Appellants, v. EVERETT McNAB et al., as Commissioners of Election of Suffolk County, and JOHN BRASLOW, Respondents.— In five proceedings under section 330 of the Election Law to restrain the Board of Elections of Suffolk County from placing on any official ballot the names of the respondents Otis G. Pike, Floyd Sarisohn, August B. Stout, Jr., William E. Stochl, Jr., and John Braslow as candidates of the Liberal party in the primary election for various elective offices, the petitioners appeal from five separate orders of the Supreme Court, Suffolk County, each dated August 24, 1962, which denied their respective applications. Orders affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.